IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARIS MATIN,

               Plaintiff,

        v.

NESTLE PURINA PETCARE CO., et al,

               Defendants.

NO. C12-6465 TEH

ORDER GRANTING MOTION TO TRANSFER VENUE

     Presently pending before the Court is a motion by Defendants Nestle Purina Petcare Company, Waggin' Train, LLC, and PetSmart, Inc. requesting that this case be transferred to the Northern District of Illinois. Plaintiff Faris Matin has withdrawn his opposition to the motion. Accordingly, with good cause appearing, the Court GRANTS Defendants' motion.

     The Clerk of Court shall transfer this action to the United States District Court for the Northern District of Illinois and close the file.

**IT IS SO ORDERED.**

Dated: 02/25/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT